445 A.2d 204

Kahn v. Philadelphia Telco Federal Credit
Union, Appellant.

Argued January 28, 1981. Edwin B. Barnett, for appellant; Harry C. Barbin, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment affirmed.

445 A.2d 204

Mansmann Realty, Appellant v. Mellon Bank etc., et al.

Argued May 20, 1981. Melaine Dipietro, for appellant; William E. Marquis, for Mellon, appellee; Thomas P. Lutz, for Benson, appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.